AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE **July 29, 2008** |
| NAME OF SERVER (PRINT) **Karen A. Abbott** | TITLE **Investigator / Process Server** |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **CT Corporation**
☒ **Anthony Serrette**    **X 1015 15th St, N.W.**
                                **Washington, DC 20005**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **7/29/**
_____   _____
Date                Signature of Server

**929 Hamilton St. N.W.**
**Washington, DC 20011**
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.