AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]

DATE: July 29, 2008

NAME OF SERVER (PRINT): Karen A. Abbott

TITLE: Investigator/Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: × Anthony Serrette   CT Corporation × 1015 15th St., N.W. Washington, DC 20005

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/29/08

Signature of Server: Karen A. Abbott

Address of Server: 929 Hamilton St. N.W., Washington, DC 20011

**RECEIVED**

AUG 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lawrence R. Hudson, Jr

V.

Childrens National Medical Center

**SUMMONS IN A CIVIL CASE**

CASE N:

Case: 1:08-cv-00876
Assigned To : Urbina, Ricardo M.
Assign. Date : 5/23/2008
Description: Employ. Discrim.

**TO:** (Name and address of Defendant)

Children's National Medical Center
111 Michigan Avenue, N.W.
Washington, DC 20010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James Q. Butler, Esq.
Butler Legal Group, PLLP
818 18th Street N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**
CLERK

**MAY 2 3 2008**
DATE

(By) DEPUTY CLERK