IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LAWRENCE R. HUDSON, JR.,

    Plaintiff,

v.

CHILDREN'S NATIONAL MEDICAL CENTER
111 Michigan Avenue, N.W.
Washington, DC 20010-2970,

    Defendant.

CIVIL ACTION NO. 1:08-cv-00876-RMU

**DEFENDANT'S DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Local Civil Rule 7.1 of this Court, the undersigned counsel of record for Defendant Children's National Medical Center ("CNMC"), certifies that, to the best of my knowledge and belief:

1. CNMC is not a publicly held corporation;

2. No parent companies, subsidiaries, or affiliates of CNMC have any outstanding securities in the hands of the public; and

3. No publicly held corporation owns 10% or more of CNMC.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: this 18th day of August, 2008        Respectfully submitted,

                                                  By:        /s/ David A. Rosenberg
                                                       David A. Rosenberg
                                                       D.C. Bar No. 433405

                                                       FORD & HARRISON LLP
                                                       1300 19th Street, N.W., Suite 700
                                                       Washington, DC  20036
                                                       Telephone: (202) 719-2000
                                                       Facsimile: (202) 719-2077
                                                       E-mail: drosenberg@fordharrison.com

                                                       Attorneys for Defendant Children's National Medical Center

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 18th day of August, 2008, I electronically filed the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS with the Court using the CM/ECF system which will then send electronic notification of the filing to the following:

    James Q. Butler, Esquire
    818 18th Street, 6th Floor
    Washington, DC 20006
    Jqbutler1@hotmail.com
    Counsel for Plaintiff

                                                       /s/ David A. Rosenberg
                                                       David A. Rosenberg

DC:75420.1